UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

Niya Hopkins -Archie & David L.
Archie,

     Plaintiffs;

     v.

The Travelers Insurance Company,

     Defendant.

Civil Action No.
3:19-cv-00351-TSL-RHW

Agreed Order of Substitution

This case is before the Court on Defendant The Travelers Insurance Com-

pany's Unopposed Motion to Substitute Proper Party Defendant The Automobile In-

surance Company of Hartford, Connecticut. Defendant requests that it "The Auto-

mobile Insurance Company of Hartford, Connecticut" be substituted in place of

"The Travelers Insurance Company" as the proper party. Plaintiffs Niya Hopkins

Archie and David L. Archie do not oppose Defendant's Motion.

Having been informed of the basis for the requested relief and noting Plain-

tiffs do not oppose the Motion, the Court finds that it should be GRANTED

IT IS THEREFORE ORDERED    that:

1. The Automobile Insurance Company of Hartford, Connecticut is substituted

as a party defendant in this action in place of Defendant The Travelers Insurance

Company;

2.  The style of this action is amended to show "The Automobile Insurance Company of Hartford, Connecticut" as the party defendant and not "The Travelers Insurance Company";

3.  All pleadings, motions, discovery, notices, and other papers previously served on or by Defendant The Travelers Insurance Company continue as if previously served on or by substituted Defendant The Automobile Insurance Company of Hartford, Connecticut.

SO ORDERED on January 8, 2020.

/s/ *Robert H. Walker*

ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE

Agreed Order of Substitution