UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **Niya Hopkins-Archie & David L. Archie,** | Civil Action No. 3:19-cv-00351-TSL-RHW |
| Plaintiffs; | |
| v. | **Agreed Final Judgment of Dismissal with Prejudice** |
| **The Automobile Insurance Company of Hartford, Connecticut,** | |
| Defendant. | |

This cause came before the Court on the joint motion of Plaintiffs Niya Hopkins-Archie & David L. Archie and Defendant The Automobile Insurance Company of Hartford, Connecticut, to dismiss this action with prejudice. These parties have announced that all claims and all claims that could have been asserted in the premises have been fully resolved and compromised by way of settlement.

The Court has been advised by Plaintiffs and Defendant that this cause has been fully compromised and settled; that no issues to be litigated by or between the parties or adjudicated and determined by the Court remain; and that the parties have consented to entering this final judgment and have agreed that this cause should be dismissed with prejudice with the parties to bear their respective costs. Being fully advised in the premises, the Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT this action all claims in it, and all claims that could have been asserted in it are dismissed with prejudice with the parties to bear their respective costs.

SO ORDERED on May 12, 2020.

/s/ Tom S. Lee
DISTRICT COURT JUDGE

Presented by:

*[signature]*

Dale G. Russell (MSB #10837)
Blake D. Smith (MSB #103255)
COPELAND, COOK, TAYLOR &
BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway
(39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
T+601.856.7200
F+601.856.7626
drussell@cctb.com
bsmith@cctb.com
iunderwood@cctb.com
*Attorneys for Defendant*

Agreed and approved:

*[signature]*

John S. Williams (MSB # 102049)
THE LAW OFFICES OF JOHN S.
WILLIAMS, LLC
4164 Canal Street
New Orleans, LA 70119
T+504.486.0300
F+504.754.7671
jwilliams@jswlawoffices.com
*Attorney for Plaintiff*